1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NICHOLAS CUTTING and KATHRYN CUTTING, husband and wife,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>WERNER CO., a foreign corporation; HOME DEPOT, U.S.A., INC., a foreign corporation; YOKE INDUSTRIAL CORP, a foreign corporation; YOKE, INC., a foreign corporation; and JOHN DOES 1-100, inclusive,<br><br>　　　　　　　Defendants. | No. 3:20-cv-05346-BHS-JRC<br><br>Lead Case Number Consolidated With:<br><br>No. 3:20-cv-05163-BHS-JRC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS** |
| NICHOLAS CUTTING, and KATHRYN CUTTING, husband and wife,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>YOKE INDUSTRIAL CORP., a foreign corporation; YOKE NIAGARA, a foreign corporation; and JOHN DOES 1-100, inclusive,<br><br>　　　　　　　Defendants. | |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS – PAGE 1
CAUSE NO. 3:20-cv-05346-JRC

3502452 / 1192.0001

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
1102 BROADWAY • SUITE 510
TACOMA, WASHINGTON 98402
(253) 572-4200 • (253) 627-8408 FAX

## STIPULATION

The parties, by and through their respective counsel, hereby stipulate that all claims may be dismissed with prejudice and without fees or costs, and that the Order below dismissing those claims may be entered.

DATED this 28th day of June, 2023.

PFAU COCHRAN VERTETIS AMALA, PLLC

By: *s/Andrew S. Ulmer, per email authorization*
Darrell L. Cochran, WSBA No. 22851
Kevin M. Hastings, WSBA No. 42316
Andrew S. Ulmer, WSBA No. 51227
909 A Street, Suite 700
Tacoma, WA 98402
Telephone: (253) 777-0799
E-mail: darrell@pcvalaw.com
kevin@pcvalaw.com
aulmer@pcvalaw.com
*Attorneys for Plaintiffs Nicholas and Kathryn Cutting*

CUNNINGHAM SWAIM, LLP

By: *s/Michael Terhar*
Michael Terhar, *Pro Hac Vice*
2 N Lake Ave, Suite 550
Pasadena, CA 91101
Telephone: (626) 765-3006
Email: mterhar@cunninghamswaim.com
*Attorney for Defendants Werner Co. and Home Depot U.S.A., Inc.*

//

//

//

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS – PAGE 2
CAUSE NO. 3:20-cv-05346-JRC

3502452 / 1192.0001

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
1102 BROADWAY • SUITE 510
TACOMA, WASHINGTON 98402
(253) 572-4200 • (253) 627-8408 FAX

SHERMAN LAW GROUP, LLC

By: s/Heath Sherman
Heath Sherman, *Pro Hac Vice*
111 Barclay Boulevard, Suite 210
Lincolnshire, IL 60069
Telephone: (847) 383-5769
E-mail: hsherman@shermanlawllc.com

FORSBERG & UMLAUF, P.S.

By s/Paul S. Smith
Paul S. Smith, WSBA No. 28099
901 Fifth Avenue, Suite 1400
Seattle, Washington 98164
Telephone: (206) 689-8500
E-mail: psmith@foum.law
*Attorneys for Defendants Yoke Niagara and Yoke Industrial Corp.*

GORDON & POLSCER, L.L.C.

By: s/T. Arlen Rumsey, per email authorization
T. Arlen Rumsey, Esq. WSBA# 19048
Attorney for Defendants,
WERNER CO. and HOME DEPOT U.S.A., INC.

## ORDER

THIS MATTER having come on before the above-entitled court on the above stipulation of the parties through their counsel of record, now, therefore, it is hereby ORDERED that all claims herein be dismissed with prejudice and without costs or attorney's fees to any party.

DONE this 29th day of June, 2023.

BENJAMIN H. SETTLE
United States District Judge

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS – PAGE 3
CAUSE NO. 3:20-cv-05346-JRC

3502452 / 1192.0001

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
1102 BROADWAY • SUITE 510
TACOMA, WASHINGTON 98402
(253) 572-4200 • (253) 627-8408 FAX